**99–706.  State v. Waites.**
Lake App. No. 97–L–244. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 99–286, *State v. Williams,* Lake App. No. 97–L–191; briefing schedule stayed.

**Discretionary appeals in the following causes are allowed; *sua sponte*, the causes are consolidated with 99–706, *supra*, and held for the decision in 99–286, *State v. Williams*, Lake App. No. 97–L–191; briefing schedule stayed:** 99–641, *State v. Abrams,* Lake App. No. 97–L–192; 99–642, *State v. Christison,* Lake App. No. 98–L–009; 99–643, *State v. Agler,* Lake App. No. 97–L–203; 99–644, *State v. Darroch,* Lake App. No. 97–L–174; 99–645, *State v. Cowoski,* Lake App. No. 97–L–170; 99–646, *State v. Calhoun,* Lake App. No. 97–L–221; 99–647, *State v. Cwalina,* Lake App. No. 97–L–222; 99–648, *State v. Boswell,* Lake App. No. 98–L–008; 99–649, *State v. Burgan,* Lake App. No. 97–L–242; 99–655, *State v. Greene,* Lake App. No. 97–L–220; 99–656, *State v. Gau,* Lake App. No. 97–L–175; 99–657, *State v. Ferguson,* Lake App. No. 97–L–241; 99–658, *State v. King,* Lake App. No. 97–L–173; 99–659, *State v. DeCapite,* Lake App. No. 98–L–133; 99–660, *State v. Hammesfahr,* Lake App. No. 97–L–193; 99–661, *State v. King,* Lake App. No. 97–L–194; 99–662, *State v. Drake,* Lake App. No. 97–L–176; 99–664, *State v. Dietz,* Lake App. No. 97–L–204; 99–672, *State v. Noble,* Lake App. No. 97–L–240; 99–673, *State v. New,* Lake App. No. 97–L–178; 99–674, *State v. Laing,* Lake App. No. 97–L–172; 99–675, *State v. Malek,* Lake App. No. 98–L–010; 99–676, *State v. Pope,* Lake App. No. 97–L–182; 99–677, *State v. Pasko,* Lake App. No. 98–L–011; 99–678, *State v. McClintick,* Lake App. No. 97–L–171; 99–679, *State v. Neal,* Lake App. No. 97–L–179; 99–680, *State v. Lawrinson,* Lake App. No. 97–L–205; 99–689, *State v. Rivera,* Lake App. No. 97–L–181; 99–690, *State v. Bayless,* Lake App. No. 97–L–257; 99–691, *State v. Spaller,* Lake App. No. 97–L–183; 99–692, *State v. Armington,* Lake App. No. 98–L–193; 99–693, *State v. Ventresca,* Lake App. No. 97–L–243; 99–694, *State v. Setina,* Lake App. No. 97–L–239; 99–695, *State v. Hartman,* Lake App. No. 98–L–020; 99–696, *State v. Lett,* Lake App. No. 97–L–210; 99–698, *State v. Swansinger,* Lake App. No. 97–L–120; 99–699, *State v. Pearson,* Lake App. No. 98–L–179; 99–700, *State v. Otero,* Lake App. No. 97–L–310; 99–701, *State v. Crawford,* Lake App. No. 97–L–245; 99–702, *State v. Taylor,* Lake App. No. 97–L–185; 99–703, *State v. Vernon,* Lake App. No. 97–L–184; 99–704, *State v. Gaster,* Lake App. No. 97–L–281; 99–705, *State v. Semanak,* Lake App. No. 97–L–180; 99–707, *State v. Butcher,* Lake App. No. 97–L–030; 99–708, *State v. Will,* Lake App. No. 97–L–186; 99–709, *State v. Witlicki,* Lake App. No. 97–L–189; 99–710, *State v. Bayless,* Lake App. No. 97–L–256; 99–711, *State v. Wolfe,* Lake App. No. 97–L–188; 99–712, *State v. Woodruff,* Lake App.

No. 97–L–190; 99–716, *State v. McDonald,* Lake App. No. 97–L–305; and 99–730, *State v. Hill,* Lake App. No. 97–L–187.